IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wright, Delores

Printed: 01/22/09

Case Number: 07 B 02171
Judge: Goldgar, A. Benjamin
Filed: 2/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 9, 2008
Confirmed: April 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 28,804.00 |  |
| Secured: |  | 12,512.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 11,439.30 |
| Administrative: |  | 3,174.00 |
| Trustee Fee: |  | 1,677.78 |
| Other Funds: |  | 0.00 |
| Totals: | 28,804.00 | 28,804.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 3,174.00 | 3,174.00 |
| 2. | WM Specialty Mortgage, LLC | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 23,716.44 | 9,000.00 |
| 4. | WM Specialty Mortgage, LLC | Secured | 3,512.92 | 3,512.92 |
| 5. | Illinois Dept of Revenue | Priority | 6,933.80 | 2,933.78 |
| 6. | Internal Revenue Service | Priority | 20,102.21 | 8,505.52 |
| 7. | Sallie Mae | Unsecured | 30,128.21 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,154.90 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,908.01 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,312.44 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 1,541.69 | 0.00 |
| 12. | RJM Acquisitions LLC | Unsecured | 32.41 | 0.00 |
| 13. | Consumer Portfolio Services | Unsecured | 0.00 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 990.62 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 57.04 | 0.00 |
| 16. | Brother Loan & Finance | Unsecured | 454.20 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 57.04 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 57.04 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 679.16 | 0.00 |
| 20. | Jefferson Capital Systems LLC | Unsecured | 270.37 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 6,251.56 | 0.00 |
| 22. | Illinois Dept of Revenue | Unsecured | 1,065.07 | 0.00 |
| 23. | Uptown Cash | Unsecured |  | No Claim Filed |
| 24. | TRS Services | Unsecured |  | No Claim Filed |
| 25. | American Recovery System | Unsecured |  | No Claim Filed |
| 26. | University of Chicago | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wright, Delores

Printed: 01/22/09

Case Number: 07 B 02171
Judge: Goldgar, A. Benjamin
Filed: 2/8/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 103,399.13 | $ 27,126.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 982.84 |
| 6.5% | 318.47 |
| 6.6% | 376.47 |
| | $ 1,677.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

